UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

FREEMAN JOCKISCH

v.                                                        Case No. 14-cr-00025

UNITED STATES OF AMERICA

## MOTION IN LETTER

Mr. Jockisch has filed a §2255 motion in this court and seeks the court's initial review. He is entitled to prompt review under rule and law. Mr. Jockisch therefore seeks this court's active protection and its honest service.

Wherefore Mr. Jockisch moves this court to issue a Show Cause Order.

Respectfully submitted on this 20th day of February, 2018 by:

*Freeman Jockisch*
Freeman Jockisch
Reg. No. 08584-003   Unit: B-1
FCC Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was delivered in a pre-addressed, postage-paid envelope to the prison mailing authorities on the same day as signed. The parties to this action appear to be registered with the CM/ECF docketing system; thus I request delivery of this motion through that system electronically.

*Freeman Jockisch*
Freeman Jockisch

Freeman Jockisch
Reg. No. 08584-003  Unit: B-1
Federal Correctional Complex Low
P.O. Box 1031
Coleman, FL 33521-1031


United States District Court
John A. Campbell U.S. Courthouse
Office of the Clerk
113 Saint Joseph Street
Mobile, AL 36602