# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FREEMAN EUGENE JOCKISCH, | ) ) ) |
| Petitioner | ) CRIMINAL NO. 14-025-CG-B ) |
| vs. | ) ) CIVIL NO. 17-566-CG-B |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the court's order entered this date, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Petitioner Freeman Jockisch's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. 80) is **DENIED**.

**DONE** and **ORDERED** this 23rd day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE